UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PHILBERT DAVENPORT,<br>　　Plaintiff<br><br>v.<br><br>THE PORTER AND CHESTER<br>INSTITUTE, INC.<br>　　Defendant | :<br>:<br>:<br>:　Civil Action No.<br>:<br>:<br>:<br>:<br>:　March 15, 2023<br>: |

## **PETITION FOR REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, The Porter and Chester Institute, Inc. ("Defendant"), respectfully states:

1. On or about February 13, 2023, Plaintiff served a Revised Complaint to Defendant in the Superior Court for the Judicial District of Fairfield at Bridgeport captioned *Philbert Davenport v. The Porter and Chester Institute, Inc.*, Docket No. FBT-CV22-6119143-S ("State Action"). Copies of all process, pleadings and orders served upon Defendant in the State Action are annexed to as Exhibit A.

2. This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, federal question jurisdiction.

3. Specifically, Plaintiff, a former employee of Defendant, alleges Defendant violated Title VII by discriminating against Plaintiff on the basis of race.

4. Defendant received the Revised Complaint on February 13, 2023, and therefore this Petition for Removal is filed with this Court within 30 days of such receipt, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

5.  Defendant submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief may be granted.

6.  This Petition will be filed promptly before the Superior Court for the Judicial District of Fairfield at Bridgeport as required by 28 U.S.C. § 1446(d)

7.  By copy of this document and in accordance with the Certificate of Service, Defendant is providing notice to all parties in this action advising of the filing of this Petition for Removal pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant prays that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Hartford, be removed to this Court.

**DEFENDANT,**
**THE PORTER AND CHESTER INSTITUTE, INC**.

By:  */s/ Holly L. Cini*
Holly L. Cini (ct16388)
Holly.Cini@jacksonlewis.com
Joseph W. Fazzino (ct30878)
Joseph.Fazzino@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
T: (860) 522-0404
F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

This is to certify that on March 15, 2023, the foregoing was sent by electronic mail to the following counsel of record:

>James V. Sabatini, Esq.
>Sabatini and Associates, LLC
>1 Market Square
>Newington, CT 06111
>jsabatini@sabatinilaw.com

                                                */s/ Joseph W. Fazzino*
                                                Joseph W. Fazzino